JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE MCQUARRIE,
KAITLYNN MARCHIONE, and
OMAR BECERRA, individually and
on behalf of all others similarly
situated,

        Plaintiffs,

    v.

KIA AMERICA, INC., a California
corporation, and HYUNDAI MOTOR
AMERICA, a California corporation,

       Defendants.

Case No. 8:22-cv-01721-JWH-KES

The Honorable John W. Holcomb

**ORDER**

1    _____Before the Court is the Stipulation filed by Plaintiffs Stephanie McQuarrie,

2    Kaitlynn Marchione, and Omar Becerra and Defendants Kia America, Inc. and

3    Hyundai Motor America.  Good cause appearing therefor, the Court hereby

4    **ORDERS** as follows:

5              1.      The Stipulation is **APPROVED**.

6              2.      All deadlines, including all pleading deadlines, in the instant action

7    are **STAYED**.

8              3.      Any party may move at any time to modify or vacate the stay, for

9    good cause shown.

10             4.      The Clerk is **DIRECTED** to close this case administratively.

11             **IT IS SO ORDERED.**

12

13   Dated: ____December 19____, 2022

14   _____

15                                    The Honorable John W. Holcomb
                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28