# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie McQuarrie<br><br>v.<br><br>Kia America, Inc.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>8:22-cv-01721-JWH-(KESx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

January 20, 2023
Date

James V. Selna _(signed)_
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:22-ml-03052-JVS-(KESx)  and the present case:

☐ A.  Arise from the same or closely related transactions, happenings or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____N/A____ to Magistrate Judge ____N/A____.

On all documents subsequently filed in this case, please substitute the initials ____JVS____ after the case number in place of the initials of the prior judge, so that the case number will read ____8:22-cv-01721-JVS-(KESx)____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ Previous Judge    ☐ Statistics Clerk

CV-34 (03/21)              ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)